WILLIAMS, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Walter D. Williams against Mary E. Clark and others. A. G. McLaughlin, for appellants. R. L. Harrison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMSON, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Lorraine L. Williamson against Michael P. O'Connor, as executor. C. E. Thorn, for appellant. A. C. Cowan, for respondent. No opinion. Judgment affirmed, with costs.

WILSON, Appellant, v. DEXTER SULPHITE PULP & PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by John Wilson against the Dexter Sulphite Pulp & Paper Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The form of the order to be settled before WILLIAMS, J., on two days' notice.

WINDNAGLE, Respondent, v. HORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by John R. Windnagle against Ezra L. Horton. No opinion. Judgment and order affirmed, with costs.

WOHLGEMUTH, Appellant, v. HARLEM RIVER PARK AMUSEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Albert Wohlgemuth, as administrator, against the Harlem River Park Amusement Company. J. W. Russell, for appellant. W. V. Goldberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WOLFMANN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Lena Wolfmann against the city of New York. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WOOD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Henrietta C. Wood against the Metropolitan Street Railway Company. No opinion. Motion denied.

WORTHINGTON, Respondent, v. DUTCH DECORATIVE ART CO., Appellant. (Supreme Court, Appellate Term. November 18, 1903.) Action by Paul B. Worthington against the Dutch Decorative Art Company. From a judgment for plaintiff, defendant appeals. Modified. Stern, Singer & Barr, for appellant. W. H. Dodd, for respondent.

PER CURIAM. The evidence established the plaintiff's acquiescence in the reduction of his salary subsequent to January 10, 1903, and the judgment should be reduced by $60, representing 12 weeks' work at $5 per week; that sum being the difference between the original rate of $25 and the reduced rate of $20. The judgment should be modified by reducing it to $130.87, and, as so modified, affirmed, without costs of this appeal. Judgment modified by reducing amount of recovery to the sum of $130.87, and, as modified, affirmed, without costs of this appeal to either party.

ZOLLER, Respondent, v. UTICA COLD STORAGE & WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Jacob Zoller against the Utica Cold Storage & Warehouse Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents. STOVER, J., not voting.